**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Brian & Candi Harris, Respondents,

v.

Lauren McKinney, Tyrone Jerry, Catawba Indian Nation, and South Carolina Department of Social Services, Defendants,

Of whom Tyrone Jerry is the Appellant.

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2014-001721

Appeal From Aiken County
Gordon B. Jenkinson, Family Court Judge

Unpublished Opinion No. 2015-UP-180
Submitted March 23, 2015 – Filed April 2, 2015

**AFFIRMED**

Christopher Charles Johnson, of Nimmons & Malchow, P.C., of Augusta, GA, for Appellant.

Brian Austin Katonak, of the Law Office of Brian Katonak, PA, of Aiken, Respondents.

**PER CURIAM:**  Tyrone Jerry appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.